B6A (Official Form 6A) (12/07)

In re  **Gloria Armand**                                   Case No.   **08-60737** _____
                                                                          (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 814 Cedar Ridge Dr., Harker Heights, Bell County, Texas<br>Block 007, Lt 0008, Tanglewood North Sixth Unit | Homestead | - | $179,529.00 | $105,266.74 |
| 1202 Bonnie Dr., Killeen, Bell County, Texas<br>Lot 0002, Blk 004, Pershing Place | Real Property | - | $64,581.00 | $32,234.94 |
| 2506 Creek Dr., Harker Heights, Bell County, Texas<br>Skipcha Mountain Estates Phase Six Section Two, Block 008, Lot 0009 | Real Property | - | $146,140.00 | $115,412.11 |
| 1609 Antelope Trail, Harker Heights, Bell County, Texas<br>Indian Trails Sect 1, Block 004, Lt 0005 | Real Property | - | $91,374.00 | $55,106.61 |
| 2614 Hidden Valley, Killeen, Bell County, Texas<br>Hidden Valley, Blk 003, Lot 0022 | Real Property | - | $68,676.00 | $24,498.72 |
| 512 Bremser Ave., Killeen, Bell County, Texas<br>A-0813 A Thompson, .180 Ac, 770-7 | Real Property | - | $2,450.00 | $0.00 |
| | | Total: | $552,750.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Gloria Armand**

Case No.   **08-60737** _____
(if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | - | $10.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | First State Bank of Central Texas Acct. #1151008979 | - | $100.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | | Freedom Power -  Electric | - | $213.75 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Two couches | - | $300.00 |
| | | Loveseat | - | $150.00 |
| | | Chair | - | $100.00 |
| | | Two end tables | - | $120.00 |
| | | Two coffee tables | - | $75.00 |
| | | Four lamps | - | $50.00 |
| | | Bookcase | - | $25.00 |
| | | Stereo | - | $50.00 |
| | | Three t.v.s | - | $200.00 |
| | | Entertainment Center | - | $25.00 |
| | | VCR | - | $25.00 |
| | | DVD Player | - | $25.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Gloria Armand**                                        Case No.  **08-60737**
                                                                         (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Two computers | - | $150.00 |
| | | Two computer desks | - | $75.00 |
| | | Kitchen table and chairs | - | $75.00 |
| | | Hutch/China cabinet | - | $175.00 |
| | | Microwave | - | $25.00 |
| | | Stove | - | $100.00 |
| | | Refrigerator | - | $275.00 |
| | | Deep freezer | - | $75.00 |
| | | Washer and dryer | - | $250.00 |
| | | King size bed | - | $100.00 |
| | | Two bedside tables | - | $50.00 |
| | | Two Dressers | - | $65.00 |
| | | Dishes, pots, pans | - | $100.00 |
| | | Curtains, linens and towels | - | $50.00 |
| | | Six area rugs | - | $50.00 |
| | | Lawn/Patio furniture | - | $50.00 |
| | | Lawn mower | - | $25.00 |
| | | Weedeater | - | $10.00 |
| | | Garden tools | - | $50.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Gloria Armand**                                    Case No.  **08-60737** _____
                                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Blower | - | $15.00 |
| | | Swing | - | $10.00 |
| | | Folding table and chairs | - | $15.00 |
| | | Cell phone and accessories | - | $25.00 |
| | | PDA, palm pilot | - | $50.00 |
| | | Fax Machine | - | $50.00 |
| | | Karaoke machine | - | $30.00 |
| | | Grill and accessories | - | $50.00 |
| | | Iron and ironing board | - | $15.00 |
| | | Steamer | - | $10.00 |
| | | Carpet cleaner | - | $10.00 |
| | | Holiday Decorations | - | $35.00 |
| | | Bar and stools | - | $50.00 |
| | | Digital camera | - | $35.00 |
| | | Sterling silverware set | - | $25.00 |
| | | Crystal | - | $10.00 |
| | | Jewelry box | - | $5.00 |
| | | Desk chairs | - | $10.00 |
| | | Filing cabinet | - | $40.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Gloria Armand**                                           Case No.  **08-60737**
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Day bed | - | $25.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Pictures, paintings, wall decorations | - | $25.00 |
| | | Books | - | $100.00 |
| | | VCR tapes | - | $50.00 |
| | | DVDs | - | $45.00 |
| | | CDs | - | $40.00 |
| | | Knick knacks | - | $50.00 |
| | | Flowers, swags | - | $10.00 |
| | | Vases, flower pots | - | $10.00 |
| | | Candles and candle holders | - | $10.00 |
| | | Doll collection | - | $35.00 |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | | Fox fur | - | $50.00 |
| | | Watch | - | $1.00 |
| | | Three rings | - | $150.00 |
| | | Two necklaces | - | $50.00 |
| | | Earrings | - | $10.00 |
| | | Costume Jewelry | - | $10.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Gloria Armand**                                       Case No.  **08-60737** _____
                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Treadmill | - | $25.00 |
| | | Exercise bike | | $10.00 |
| | | Basketball goal | - | $1.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | USAA Federal Savings Bank Customer Roth IRA | - | $181.79 |
| | | Franklin Templeton Investments Acct#48101163866 | - | $677.97 |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Gloria Armand**                                                Case No.   **08-60737**  _____
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Judgment vs. Derick Anderson. Judgment for $2462.00. Uncollectable. | - | $0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Dispute with James Wright re: 1904 Caribou, Harker Heights, Texas. | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Gloria Armand**                                    Case No.  **08-60737** _____
                                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1994 Lexus ELS | - | $300.00 |
| | | 2003 GMC Envoy | - | $8,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Desk | - | $75.00 |
| | | Printer/Fax | - | $50.00 |
| | | File cabinets | - | $25.00 |
| | | Shredder | - | $10.00 |
| | | Office phone | - | $10.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Gloria Armand**                                         Case No.  **08-60737**

                                                                               (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 7*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | Franklin Templeton Investments Acct.#05030136 Daughter's account (UTMA) | - | $881.54 |

_____7_____ continuation sheets attached          Total  >     **$14,627.05**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re  **Gloria Armand**                                    Case No.   **08-60737**
                                                                        (If known)


# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

☐  Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 814 Cedar Ridge Dr., Harker Heights, Bell County, Texas<br>Block 007, Lt 0008, Tanglewood North Sixth Unit | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $74,262.26 | $179,529.00 |
| Two couches | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| Loveseat | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $150.00 | $150.00 |
| Chair | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Two end tables | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $120.00 | $120.00 |
| Two coffee tables | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $75.00 | $75.00 |
| Four lamps | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| Bookcase | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $25.00 | $25.00 |
| Stereo | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| | | **$75,132.26** | **$180,399.00** |

B6C (Official Form 6C) (12/07) -- Cont.

In re  **Gloria Armand**                              Case No.    **08-60737**
                                                                  (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Three t.v.s | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 | $200.00 |
| Entertainment Center | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $25.00 | $25.00 |
| VCR | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $25.00 | $25.00 |
| DVD Player | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $25.00 | $25.00 |
| Two computers | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $150.00 | $150.00 |
| Two computer desks | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $75.00 | $75.00 |
| Kitchen table and chairs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $75.00 | $75.00 |
| Hutch/China cabinet | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $175.00 | $175.00 |
| Microwave | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $25.00 | $25.00 |
| Stove | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Refrigerator | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $275.00 | $275.00 |
| Deep freezer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $75.00 | $75.00 |
| Washer and dryer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $250.00 | $250.00 |
| | | **$76,607.26** | **$181,874.00** |

B6C (Official Form 6C) (12/07) -- Cont.

In re  **Gloria Armand**                                         Case No.    **08-60737**

                                                                            (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| King size bed | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Two bedside tables | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| Two Dressers | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $65.00 | $65.00 |
| Dishes, pots, pans | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Curtains, linens and towels | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| Six area rugs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| Lawn/Patio furniture | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| Lawn mower | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $25.00 | $25.00 |
| Weedeater | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $10.00 | $10.00 |
| Garden tools | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| Blower | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $15.00 | $15.00 |
| Swing | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $10.00 | $10.00 |
| Folding table and chairs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $15.00 | $15.00 |
| | | **$77,197.26** | **$182,464.00** |

B6C (Official Form 6C) (12/07) -- Cont.

In re  **Gloria Armand**                                          Case No.    **08-60737**

                                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 3*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Cell phone and accessories | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $25.00 | $25.00 |
| PDA, palm pilot | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| Fax Machine | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| Karaoke machine | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $30.00 | $30.00 |
| Grill and accessories | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| Iron and ironing board | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $15.00 | $15.00 |
| Steamer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $10.00 | $10.00 |
| Carpet cleaner | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $10.00 | $10.00 |
| Holiday Decorations | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $35.00 | $35.00 |
| Bar and stools | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| Digital camera | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $35.00 | $35.00 |
| Sterling silverware set | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $25.00 | $25.00 |
| Crystal | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $10.00 | $10.00 |
| | | **$77,592.26** | **$182,859.00** |

B6C (Official Form 6C) (12/07) -- Cont.

In re  **Gloria Armand**                                      Case No.     **08-60737**
                                                                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 4*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Jewelry box | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $5.00 | $5.00 |
| Desk chairs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $10.00 | $10.00 |
| Filing cabinet | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $40.00 | $40.00 |
| Day bed | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $25.00 | $25.00 |
| Pictures, paintings, wall decorations | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $25.00 | $25.00 |
| Books | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| VCR tapes | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| DVDs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $45.00 | $45.00 |
| CDs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $40.00 | $40.00 |
| Knick knacks | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| Flowers, swags | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $10.00 | $10.00 |
| Vases, flower pots | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $10.00 | $10.00 |
| Candles and candle holders | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $10.00 | $10.00 |
|  |  | **$78,012.26** | **$183,279.00** |

B6C (Official Form 6C) (12/07) -- Cont.

In re  **Gloria Armand**                                                Case No.  __**08-60737**_____
                                                                                   (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 5*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Doll collection | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $35.00 | $35.00 |
| 1994 Lexus ELS | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $300.00 | $300.00 |
| 2003 GMC Envoy | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $0.00 | $8,000.00 |
| Desk | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $75.00 | $75.00 |
| Printer/Fax | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $50.00 | $50.00 |
| File cabinets | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $25.00 | $25.00 |
| Shredder | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $10.00 | $10.00 |
| Office phone | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $10.00 | $10.00 |
| | | $78,517.26 | $191,784.00 |

B6D (Official Form 6D) (12/07)

In re **Gloria Armand**                                   Case No.  **08-60737**

                                                                      (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxx0140<br><br>**Americredit**<br>**200 Bailey Ave.**<br>**Fort Worth, TX 76107** | | - | DATE INCURRED: **Various**<br>NATURE OF LIEN:<br>**Arrearage claim**<br>COLLATERAL:<br>**2003 GMC Light Envoy**<br>REMARKS:<br><br>VALUE: **$2,106.40** | | | | **$2,106.40** | |
| ACCT #: xxxxx0140<br><br>**AmeriCredit Financial Services Inc**<br>**P.O. Box 183853**<br>**Arlington, TX 76096** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2002 GMC Envoy**<br>REMARKS:<br><br>VALUE: **$8,000.00** | | | | **$16,571.89** | **$8,571.89** |
| ACCT #: xxxxxx7307<br><br>**CIT**<br>**715 S. Metroplolitan Ave.**<br>**Oklahoma City, OK 73108** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2506 Creek Dr., Harker Heights**<br>REMARKS:<br><br>VALUE: **$146,140.00** | | | | **$115,412.11** | |
| **Representing:**<br>**CIT** | | | **Balcom Law Firm, PC**<br>**8584 Katy Freeway, Suite 305**<br>**Houston, TX 77024** | | | | **Notice Only** | **Notice Only** |

|  | Subtotal (Total of this Page) > | **$134,090.40** | **$8,571.89** |
|---|---|---|---|
|  | Total (Use only on last page) > | | |

_____**3**_____ continuation sheets attached

|  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) - Cont.

In re **Gloria Armand**                                    Case No.   **08-60737**
                                                                      (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xx0032** <br><br> **CIT** <br> **715 S. Metrolplitan Ave.** <br> **Oklahoma City, OK 73108** | | - | DATE INCURRED:  **Various** <br> NATURE OF LIEN: <br> **Mortgage arrears** <br> COLLATERAL: <br> **2506 Creek Dr., Harker Heights** <br> REMARKS: <br><br> VALUE:          **$10,311.03** | | | | **$10,311.03** | |
| ACCT #: **xxxxx3968** <br><br> **Country Wide Home Loan** <br> **400 Countrywide Way SV-34** <br> **Simi Valley, CA 93065-6298** | | - | DATE INCURRED: <br> NATURE OF LIEN: <br> **Home Loan** <br> COLLATERAL: <br> **2614 Hidden Valley, Killeen, Bell County, Texas** <br> REMARKS: <br><br> VALUE:          **$68,676.00** | | | | **$24,498.72** | |
| ACCT #: **xxxxx6441** <br><br> **Country Wide Home Loan** <br> **400 Countrywide Way SV-34** <br> **Mail Stop SV-46** <br> **Simi Valley, CA 93065-6298** | | - | DATE INCURRED: <br> NATURE OF LIEN: <br> **Home Loan** <br> COLLATERAL: <br> **1609 Antelope, Harker Heights, Bell County, Texas** <br> REMARKS: <br><br> VALUE:          **$91,374.00** | | | | **$55,106.61** | |
| ACCT #: **xxxxx6441** <br><br> **Country Wide Home Loan** <br> **400 Countrywide Way SV-34** <br> **Mail Stop SV-46** <br> **Simi Valley, CA 93065-6298** | | - | DATE INCURRED:  **Various** <br> NATURE OF LIEN: <br> **Arreage claim** <br> COLLATERAL: <br> **1609 Antelope, Harker Heights, Bell County, Texas** <br> REMARKS: <br><br> VALUE:          **$2,931.14** | | | | **$2,931.14** | |

Sheet no. _____**1**_____ of _____**3**_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | **$92,847.50** | **$0.00** |
| Total (Use only on last page) > | | |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) - Cont.

In re **Gloria Armand**                     Case No.  **08-60737**

                                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxx3968<br><br>**Country Wide Home Loan**<br>**400 Countrywide Way SV-34**<br>**Simi Valley, CA 93065-6298** | | - | DATE INCURRED: **Various**<br>NATURE OF LIEN:<br>**Arrearage claim**<br>COLLATERAL:<br>**2614 Hidden Valley, Killeen, Bell County, Texas**<br>REMARKS:<br><br>VALUE: **$2,404.52** | | | | **$2,404.52** | |
| ACCT #:<br><br>**Internal Revenue Service**<br>**300 E. 8th Street**<br>**Stop 5022AUS**<br>**Austin, TX 78701** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**all assets**<br>REMARKS:<br><br>VALUE: **$35,322.28** | | | | **$35,322.28** | |
| ACCT #: xxxxxx5313<br><br>**Midfirst Bank**<br>**Midland Mortgage Co**<br>**999 NW Grand Blvd**<br>**Ste 110**<br>**Oklahoma City, OK 73118** | | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**1202 Bonnie Dr., Killeen, Bell**<br>REMARKS:<br>**Our amount $26574.00**<br><br>VALUE: **$64,581.00** | | | X | **$32,234.94** | |
| ACCT #: xxxxxx5313<br><br>**Midfirst Bank its assigns a/o successors**<br>**Midland Mortgage Co**<br>**999 NW Grand Blvd**<br>**Ste 110**<br>**Oklahoma City, OK 73118** | | - | DATE INCURRED: **Various**<br>NATURE OF LIEN:<br>**Arrearage claim**<br>COLLATERAL:<br>**1202 Bonnie Dr., Killeen, Bell**<br>REMARKS:<br><br>VALUE: **$6,650.83** | | | | **$6,650.83** | |

Sheet no. ____**2**____ of ____**3**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | **$76,612.57** | **$0.00** |
| Total (Use only on last page) > | | |

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Gloria Armand**                                    Case No.   **08-60737**
                                                                        (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Tax Appraisal District of Bell County**<br>**PO Box 390**<br>**Belton, TX 76513** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**2506 Creek Dr., Harker Heights, Bell County, Texas**<br>REMARKS:<br>**Tax years 2005 - present**<br><br>VALUE:                   **$12,620.26** | | | | **$12,620.26** | |
| ACCT #: **xxxxxxxxx; x9371**<br><br>**Wachovia Mortgage**<br>**Attn:  Bankruptcy Department**<br>**P.O. Box 659558**<br>**San Antonio, TX 78265** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**814 Cedar Ridge Dr., Harker Heights, Bell County,**<br>REMARKS:<br><br>VALUE:                   **$179,529.00** | | | X | **$105,266.74** | |
| ACCT #: **xxxxxxxxx; x9371**<br><br>**Wachovia Mortgage**<br>**Attn:  Bankruptcy Department**<br>**P.O. Box 659558**<br>**San Antonio, TX 78265** | | - | DATE INCURRED:        **Various**<br>NATURE OF LIEN:<br>**Arrearage claim**<br>COLLATERAL:<br>**814 Cedar Ridge Dr., Harker Heights, Bell County,**<br>REMARKS:<br><br>VALUE:                   **$10,581.40** | | | | **$10,581.40** | |
| | | | | | | | | |

Sheet no. ____**3**____ of ____**3**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | **$128,468.40** |
| Total (Use only on last page) > | **$432,018.87** |

| | |
|---|---|
| **$0.00** | |
| **$8,571.89** | |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re  **Gloria Armand**                                    Case No.   **08-60737**
                                                                    (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☑ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**3**_____continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re **Gloria Armand**     Case No. **08-60737**
                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** | | - | DATE INCURRED: **1998**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **$16,087.00** | **$16,087.00** | **$0.00** |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____1____ of ____3____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals (Totals of this page) > | **$16,087.00** | **$16,087.00** | **$0.00** |
|---|---|---|---|---|
| | Total > <br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | |
| | Totals > <br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | |

B6E (Official Form 6E) (12/07) - Cont.

In re  **Gloria Armand**                                           Case No.  **08-60737**
                                                                                   (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Miguel Reyna, CPA** <br> **4835 Lyndon B Johnson Fwy, #280** <br> **Dallas, TX 75244** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | $4,732.00 | $4,732.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____**2**____ of ____**3**____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | | Subtotals (Totals of this page) > | $4,732.00 | $4,732.00 | $0.00 |
|---|---|---|---|---|---|---|---|

**Total >**
**(Use only on last page of the completed Schedule E.**
**Report also on the Summary of Schedules.)**

**Totals >**
**(Use only on last page of the completed Schedule E.**
**If applicable, report also on the Statistical Summary**
**of Certain Liabilities and Related Data.)**

B6E (Official Form 6E) (12/07) - Cont.

In re  **Gloria Armand**                                              Case No.  **08-60737**
                                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Joseph D. Olson**<br>**PO Box 7024**<br>**Waco, Texas 76714-7024** | | - | DATE INCURRED: **03/30/2008**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $3,000.00 | $3,000.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____3____ of ____3____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals (Totals of this page) > | $3,000.00 | $3,000.00 | $0.00 |
|---|---|---|---|---|
| | Total ><br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $23,819.00 | | |
| | Totals ><br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $23,819.00 | $0.00 |

B6F (Official Form 6F) (12/07)

In re **Gloria Armand**                                              Case No. **08-60737**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxx7502<br>**Bank of America**<br>P.O. Box 25118<br>Tampa, FL 33622 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Bank Fees**<br>REMARKS:<br>**Account overdrawn - going to collections** | | | | $900.00 |
| ACCT #:<br>**Barrett Daffin Frap Turner & Engel**<br>**Attn: Mary Daffin**<br>1900 St. James Place, Ste 500<br>Houston, TX 77056 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for -Countrywide**<br>REMARKS: | | | | Notice Only |
| ACCT #:  xxxx-xxxx-xxxx-8428<br>**Cardmember Services**<br>PO Box 15298<br>Wilmington, DE 19850 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $12,662.64 |
| Representing:<br>Cardmember Services | | | **Weinstein & Riley, P.S.**<br>**2001 Western Ave., Ste. 430**<br>**Seattle, WA 98121** | | | | Notice Only |
| ACCT #:  xxxxx3224<br>**Cingular Wireless**<br>PO Box 650553<br>Dallas, TX 75265 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $1,707.59 |
| Representing:<br>Cingular Wireless | | | **Nationwide Recovery System**<br>**2304 Tarpley Drive, #134**<br>**Carrollton, TX 75006** | | | | Notice Only |
| | | | | | Subtotal > | | $15,270.23 |

_____8_____ continuation sheets attached

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gloria Armand**                                                    Case No.   **08-60737**

                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **Cingular Wireless** | | | **NCO Financial Group** **507 Prudential Rd.** **Horsham, PA 19044** | | | | **Notice Only** |
| ACCT #:  **xxxxx xx. xxxxx0682** **City of Harker Heights** **305 Miller's Crossing** **Harker Heights, TX 76548** | | - | DATE INCURRED: CONSIDERATION: **Fine** REMARKS: | | | | **Unknown** |
| ACCT #:  **3265** **Credit Management** **17070 Dallas Pkwy.** **Dallas, TX 75248** | | - | DATE INCURRED: CONSIDERATION: **Collecting for -Time Warner** REMARKS: | | | | **$220.00** |
| ACCT #:  **2694** **Credit Management** **17070 Dallas Pkwy.** **Dallas, TX 75248** | | - | DATE INCURRED: CONSIDERATION: **Collecting for -Time Warner** REMARKS: | | | X | **$97.00** |
| ACCT #:  **xxxxxxxxxxx0557** **Embarq** **8400 Innovation Way** **Chicago, IL 60682** | | - | DATE INCURRED: CONSIDERATION: **Services** REMARKS: | | | | **$90.61** |
| **Representing:** **Embarq** | | | **Allied Interstate Inc.** **3200 Northline Ave Ste 160** **Greensboro, NC 27408** | | | | **Notice Only** |

Sheet no. ____**1**____ of ____**8**____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$407.61**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gloria Armand**                                              Case No.   **08-60737**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **Embarq** | | | **Debt Recovery Solutions, LLC** **PO Box 9001** **Westbury, NY 11590** | | | | **Notice Only** |
| **Representing:** **Embarq** | | | **Encore receivable management inc** **PO Box 6000** **Olathe, KS 66063** | | | | **Notice Only** |
| **Representing:** **Embarq** | | | **Omnium Worldwide Inc.** **7171 Mercy Rd.** **Omaha, NE 68106** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxx0557** **Enhanced Recovery Corporation** **8014 Bayberry Rd.** **Jacksonville, FL 32256-7412** | | - | DATE INCURRED: CONSIDERATION: **Notice Only** REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-7954** **First USA Bank, N.A.** **P.O. Box 8776** **Wilmington, DE 19899-8776** | | - | DATE INCURRED: CONSIDERATION: **Credit Card** REMARKS: | | | | **$3,198.76** |
| **Representing:** **First USA Bank, N.A.** | | | **Academy Collection Services, Inc.** **10965 Decatur Road** **Philadelphia, PA  19154-3210** | | | | **Notice Only** |

Sheet no. ____**2**____ of ____**8**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     **$3,198.76**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gloria Armand**                                    Case No. **08-60737**
                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **First USA Bank, N.A.** | | | Weinstein & Riley, P.S. 2001 Western Ave., Ste. 430 Seattle, WA 98121 | | | | **Notice Only** |
| ACCT #:  **xxx038-3** **Gexa Energy** **20 Greenway Plaza, Ste. 600** **Houston, TX 77040** | | - | DATE INCURRED: CONSIDERATION: **Services** REMARKS: | | | | **$1,098.02** |
| ACCT #: **Internal Revenue Service** **PO Box 21126** **Philadelphia, PA 19114** | | - | DATE INCURRED: CONSIDERATION: **Taxes** REMARKS: | | | | **$5,718.40** |
| ACCT #: **James M. Wright** **1605 Wildridge Dr** **Harker Heights, TX 76548** | | - | DATE INCURRED: CONSIDERATION: **Loan** REMARKS: **Claim subject of a lawsuit.  See SOFA #4(a).** | | | X | **$16,000.00** |
| **Representing:** **James M. Wright** | | | Jay R. Beatty Michalk, Beatty & Alcozer, LP 3106 South WS Young Dr Killeen, TX 76542 | | | | **Notice Only** |
| ACCT #:  **xxmand** **JFS Marketing, LTD** **100 W Central Texas Expwy** **Ste 307** **Harker Heights, TX 76548** | | - | DATE INCURRED: CONSIDERATION: **Charge Account** REMARKS: **The Real Estate Book** | | | | **$325.00** |

Sheet no. ____3____ of ____8____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$23,141.42**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Gloria Armand**                                    Case No. **08-60737**
_____                    _____
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **0081** <br> **MBNA** <br> **P. O. Box 15026** <br> **Wilmington, DE 19850-5026** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | $4,476.04 |
| **Representing:** <br> **MBNA** | | | **Academy Collection Services, Inc.** <br> **10965 Decatur Road** <br> **Philadelphia, PA 19154-3210** | | | | Notice Only |
| **Representing:** <br> **MBNA** | | | **Crescent Recovery LLC** <br> **510 Independence Blvd.** <br> **Chesapeake, VA 23320** | | | | Notice Only |
| **Representing:** <br> **MBNA** | | | **D. Michael Dendy** <br> **PO Box 740369** <br> **New Orleans, LA 70174** | | | | Notice Only |
| ACCT #: **xxxx-xxxx-xxxx-8050** <br> **MBNA America** <br> **P. O. Box 15137** <br> **Wilmington, DE 19886-5137** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | $9,772.40 |
| **Representing:** <br> **MBNA America** | | | **Academy Collection Services, Inc.** <br> **10965 Decatur Road** <br> **Philadelphia, PA 19154-3210** | | | | Notice Only |

Sheet no. ____**4**____ of ____**8**____ continuation sheets attached to          **Subtotal >**          $14,248.44
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gloria Armand**                                      Case No.  **08-60737**
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:**<br>**MBNA America** | | | Crescent Recovery LLC<br>510 Independence Blvd.<br>Chesapeake, VA  23320 | | | | **Notice Only** |
| **Representing:**<br>**MBNA America** | | | Trauner, Cohen & Thomas, L.L.P.<br>2880 Dresden Dr Ste 300<br>Atlanta, GA  30341 | | | | **Notice Only** |
| ACCT #:<br>**Mccreary, Veselka, Bragg & Allen, P.C.**<br>**c/o Lee Gordon**<br>**P.O. Box 1269**<br>**Round Rock, TX 78680** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxx7134**<br>**Metroplex Adventist Hospital**<br>**P.O. Box 951555**<br>**Dallas, TX 75395** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | **$4,134.93** |
| **Representing:**<br>**Metroplex Adventist Hospital** | | | Kevin B Wilson<br>PO Box 24103<br>Chattanooga, TN 37422 | | | | **Notice Only** |
| ACCT #:  **503**<br>**Nationwide Recovery Systems**<br>**3000 Kellway Drive #108**<br>**Carrollton, TX 75006** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -ATT**<br>REMARKS: | | | | **$2,615.00** |

Sheet no. ____**5**____ of ____**8**____ continuation sheets attached to                                      Subtotal >          **$6,749.93**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                            Total >
                                                                        (Use only on last page of the completed Schedule F.)
                                                                        (Report also on Summary of Schedules and, if applicable, on the
                                                                        Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Gloria Armand**                Case No. **08-60737**
                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx #xxx5-001**<br>**Olson Nicoud & Gueck, LLP**<br>**1201 Main Street Ste 2470**<br>**Dallas, TX 75202** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**Our amount 300.00** | | | | **$300.00** |
| ACCT #: **xxxxxx2453**<br>**Palisades**<br>**210 Sylvan Ave.**<br>**Englewood Cliffs, NJ 07632** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -ATT**<br>REMARKS: | | | | **$2,905.03** |
| **Representing:**<br>**Palisades** | | | **Law Offices of Mitchell N. Kay**<br>**7 Penn Plaza, 18th Floor**<br>**New York, NY 10001** | | | | **Notice Only** |
| **Representing:**<br>**Palisades** | | | **Wolpoff & Abramson, L.L.P.**<br>**Two Irvington Centre**<br>**702 King Farm Blvd.**<br>**Rockville, MD 20850-5772** | | | | **Notice Only** |
| ACCT #: **xxxx-xxxx-xxxx-8428**<br>**Palisades**<br>**210 Sylvan Ave.**<br>**Englewood Cliffs, NJ 07632** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | **$9,921.00** |
| ACCT #: **xx xxxxxr 181**<br>**Performance Capital Mgmt.**<br>**2811 Main St.**<br>**Irvine, CA 92614** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -GE**<br>REMARKS: | | | | **$1,352.00** |

Sheet no. ____**6**____ of ____**8**____ continuation sheets attached to          Subtotal >          **$14,478.03**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                  Total >
                                        (Use only on last page of the completed Schedule F.)
                                        (Report also on Summary of Schedules and, if applicable, on the
                                        Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gloria Armand**                                          Case No.   **08-60737**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxx-x-xx-42-4C**<br>**Progressive Insurance**<br>**PO Box 55126**<br>**Boston, MA 02205** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$153.37** |
| **Representing:**<br>**Progressive Insurance** | | | **Credit Collection Services**<br>**Two Wells Ave.**<br>**Newton Center, MA 02459** | | | | **Notice Only** |
| ACCT #:  **xx-xxxx-xxx955-0**<br>**Sam's Club**<br>**PO Box 103067**<br>**Roswell, GA 30076** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$1,444.73** |
| **Representing:**<br>**Sam's Club** | | | **NCC Business Services Inc**<br>**3733 University Blvd Ste 300**<br>**Jacksonville, FL 32217** | | | | **Notice Only** |
| ACCT #:  **xxxxxxx-xx; xx0163**<br>**Time Warner Cable**<br>**C/O Credit Management**<br>**PO Box 118288**<br>**Carrollton, TX 75011** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$220.17** |
| **Representing:**<br>**Time Warner Cable** | | | **cmi**<br>**PO Box 118288**<br>**Carrollton, TX 75011** | | | | **Notice Only** |

Sheet no. _____**7**_____ of _____**8**_____ continuation sheets attached to                                         Subtotal >                        **$1,818.27**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                    Total >
                                                        (Use only on last page of the completed Schedule F.)
                                                        (Report also on Summary of Schedules and, if applicable, on the
                                                        Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gloria Armand**                                              Case No.   **08-60737**
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**TxCollect Inc dba CTI**<br>**2101 W. Ben White Blvd #103**<br>**Austin, TX 78704** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **x7880**<br>**TXU Energy**<br>**1601 Bryan St**<br>**Dallas, TX 75201** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | **$768.39** |
| **Representing:**<br>**TXU Energy** | | | **Credit Systems International Inc**<br>**PO Box 1088**<br>**Arlington, TX 76004** | | | | **Notice Only** |
| ACCT #:  **xxxxx-xxxxxx1512**<br>**Unifund**<br>**10625 Techwood Cir.**<br>**Cincinnati, OH 45242** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collection Account**<br>REMARKS: | | | | **$5,704.00** |
| ACCT #:  **xxxxx2118**<br>**Vericheck**<br>**PO Box 16270**<br>**Phoenix, AZ 85011** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for ATT**<br>REMARKS: | | | | **$150.00** |
| ACCT #:  **xxxxx xxx 656 C**<br>**West Short & Associates, P.C.**<br>**313 W. 10th St.**<br>**Georgetown, TX 78626** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fee**<br>REMARKS: | | | | **$6,039.37** |

Sheet no. ____**8**____ of ____**8**____ continuation sheets attached to            **Subtotal >**   **$12,661.76**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**   **$91,974.45**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re **Gloria Armand**                                   Case No.  **08-60737**
                                                                                   (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Americredit**<br>200 Bailey Ave.<br>Fort Worth, TX 76107 | Vehicle purchase contract<br>Contract to be ASSUMED |
| **CIT**<br>715 S. Metroplolitan Ave.<br>Oklahoma City, OK 73108 | Mortgage contract<br>Contract to be ASSUMED |
| **Country Wide Home Loan**<br>400 Countrywide Way SV-34<br>Simi Valley, CA 93065-6298 | Mortgage contract<br>Contract to be ASSUMED |
| **Midland Mortgage Co.**<br>PO Box 26648<br>Oklahoma City, OK 73126-0648 | Mortgage contract<br>Contract to be ASSUMED |
| **Wachovia Mortgage**<br>World Savings Loan Assn<br>P.O. Box 5300<br>San Leandro, CA 94577 | Mortgage contract<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Gloria Armand**                                    Case No.  <u>08-60737</u>
                                                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 1*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **World Savings Loan Assn.**<br>P.O. Box 5300<br>San Leandro, CA 94577 | Mortgage contract now payable to Wachovia<br>Contract to be REJECTED |

B6H (Official Form 6H) (12/07)

In re  **Gloria Armand**                                                  Case No.  __08-60737_____
                                                                                            (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re  **Gloria Armand**                                   Case No.   **08-60737**
                                                                      (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Single** | Relationship(s): | Age(s): | Relationship(s): | Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | Realtor | |
| Name of Employer | Keller Williams Realty | |
| How Long Employed | 9 mos. | |
| Address of Employer | 2025 Memory Lane | |
| | Harker Heights, TX 76548 | |

INCOME:  (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | |
| 2. | Estimate monthly overtime | $0.00 | |
| 3. | SUBTOTAL | $0.00 | |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | |
| | b. Social Security Tax | $0.00 | |
| | c. Medicare | $0.00 | |
| | d. Insurance | $0.00 | |
| | e. Union dues | $0.00 | |
| | f. Retirement | $0.00 | |
| | g. Other (Specify) _____ | $0.00 | |
| | h. Other (Specify) _____ | $0.00 | |
| | i. Other (Specify) _____ | $0.00 | |
| | j. Other (Specify) _____ | $0.00 | |
| | k. Other (Specify) _____ | $0.00 | |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $0.00 | |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $0.00 | |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $3,440.00 | |
| 8. | Income from real property | $0.00 | |
| 9. | Interest and dividends | $0.00 | |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | |
| 11. | Social security or government assistance (Specify): _____ | $0.00 | |
| 12. | Pension or retirement income | $0.00 | |
| 13. | Other monthly income (Specify): | | |
| | a. Real estate commission | $3,445.00 | |
| | b._____ | $0.00 | |
| | c._____ | $0.00 | |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $6,885.00 | |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $6,885.00 | |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $6,885.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE:  **Gloria Armand**                              Case No.  __08-60737_____
                                                              (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $1,100.00 |
|    a. Are real estate taxes included?   ☑ Yes  ☐ No | |
|    b. Is property insurance included?   ☑ Yes  ☐ No | |
| 2. Utilities:  a. Electricity and heating fuel | $175.00 |
|            b. Water and sewer | $60.00 |
|            c. Telephone | |
|            d. Other:  Clearwire Internet | $36.00 |
| 3. Home maintenance (repairs and upkeep) | $50.00 |
| 4. Food | $100.00 |
| 5. Clothing | $25.00 |
| 6. Laundry and dry cleaning | $25.00 |
| 7. Medical and dental expenses | $100.00 |
| 8. Transportation (not including car payments) | $300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|            a. Homeowner's or renter's | |
|            b. Life | |
|            c. Health | $213.00 |
|            d. Auto | $109.00 |
|            e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|            a. Auto:   2002 GMC Envoy | $422.00 |
|            b. Other: | |
|            c. Other: | |
|            d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $2,647.00 |
| 17.a. Other:  See attached personal expenses | $345.00 |
| 17.b. Other: | |
| **18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)** | **$5,707.00** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.** | |
|   | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Average monthly income from Line 15 of Schedule I | $6,885.00 |
| b. Average monthly expenses from Line 18 above | $5,707.00 |
| c. Monthly net income (a. minus b.) | $1,178.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE:   **Gloria Armand**

CASE NO   **08-60737**

CHAPTER   **13**

## EXHIBIT TO SCHEDULE J

### Itemized Business Expenses
### Rental Income from 1609 Antelope

| Expense | Category | Amount |
|---|---|---|
| Mortgage (piti) | Note Payment | **$610.00** |
| Miscellaneous repairs/upkeep | Maintenance | **$40.00** |
| | **Total >** | **$650.00** |

### Itemized Business Expenses
### Rental Income from 2506 Creek

| Expense | Category | Amount |
|---|---|---|
| Mortgage (pi) | Note Payment | **$893.00** |
| Structure only. | Insurance | **$75.00** |
| | **Total >** | **$968.00** |

### Itemized Business Expenses
### Rental Income from 2614 Hidden Valley

| Expense | Category | Amount |
|---|---|---|
| Mortgage (piti) | Note Payment | **$471.00** |
| | **Total >** | **$471.00** |

### Itemized Business Expenses
### Rental Income from 1202 Bonnie

| Expense | Category | Amount |
|---|---|---|
| Mortgage (piti) | Note Payment | **$558.00** |
| | **Total >** | **$558.00** |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE:   **Gloria Armand**                                                    CASE NO    **08-60737**

                                                                             CHAPTER    **13**

## EXHIBIT TO SCHEDULE J

*Continuation Sheet No. 1*

## Itemized Personal Expenses

| Expense | Amount |
|---|---:|
| Personal Grooming | $80.00 |
| Yard Maintenance | $100.00 |
| Cell phone | $165.00 |
| **Total >** | $345.00 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Gloria Armand**                                              Case No.   **08-60737**_____
                                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES
## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of       **41**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **08/15/2008**_____          Signature   **/s/ Gloria Armand**_____
                                                                    ***Gloria Armand***

Date _____          Signature _____

    [If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

In re:  **Gloria Armand**                                    Case No.  __08-60737_____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $12,952.96 | 2008 YTD Income |
| | 2007 Adjusted Gross Income - Will be supplemented |
| $23,058.00 | 2006 Adjusted Gross Income |

---

**2. Income other than from employment or operation of business**

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
☐

a.  Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Americredit<br>200 Bailey Ave.<br>Fort Worth, TX 76107 | Jan-2008 -<br>March 2008 | $1,263.00 | $16,343.00 |
| ($421.00 per month) | | | |
| CIT<br>715 S. Metropolitan Ave.<br>Oklahoma City, OK 73108 | January 2008 | $1,600.00 | $114,444.00 |

---

None
☑

b.  Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

c.  All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

In re:  **Gloria Armand**                                          Case No.  __08-60737_____
                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None
☐

### 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Cause No. 222,483-C** <br><br> **Tax Appraisal District of Bell County** <br> **vs.** <br> **Gloria G. Armand, Et al** | **Suit to foreclose ad valorum property tax lien.** | **In the District Court 169th Judicial District Bell County, Texas** | **Pending** |
| **Cause No. 215 656 C** <br> **Gloria G. Armand** <br> **vs.** <br> **James M. Wright** | **Wright loaned $10,000 to Debtor to purchase property. Property deeded in his name.  After purchase, Debtor brought money to Wright who refused to accept it.  Suit for specific performance to compel Wright to accept money tendered and deed property to Debtor. Market Value of tract approx. $55,000.00.** | **In the 169th Judicial District Court of Bell County, Texas** | **Pending** |
| **Cause No. 41-2007-S-0005299** <br> **GA Property Management** <br> **vs.** <br> **Derick Anderson and all other occupants** | **Forcible Entry and Detainer/Eviction** | **In the Justice Court Precinct 4, Place 1 Bell County, Texas** | **Judgment** |
| **Cause No. 080000682** <br><br> **State of Texas** <br> **v.** <br> **Gloria Armand** | **Swimming Pool Enclosure Violation** | **In the Municipal Court City of Harker Heights Bell County, Texas** | **pending** |
| **Case #41-2008-S0006138** <br><br> **G.A. Property Management** <br> **vs.** <br> **Emilio Lond** | **Eviction petition** | **In the Justice Court Precinct 4, Place 1 Bell County, Texas** | **Pending** |

---

None
☑

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

In re:   **Gloria Armand**                                              Case No.   **08-60737**
                                                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

**5. Repossessions, foreclosures and returns**

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**6. Assignments and receiverships**

None
☑

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None
☐

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Rosetta Campbell Panama City, Panama | Mother | Monthly | $100.00 cash every month |

---

**8. Losses**

None
☐

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| 1202 Bonnie | Tenant broke covered patio. The dog chewed the wiring on the air conditioner. | March 2008 |
| Property Damage in the amount of $600.00 | Debtor paid for repairs out of pocket. | |

---

**9. Payments related to debt counseling or bankruptcy**

None
☑

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

---

**10. Other transfers**

None
☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

In re:  **Gloria Armand**                                      Case No.  **08-60737** _____

                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

None
☑

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

None
☐

## 11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Bank of America**<br>**P.O. Box 25118**<br>**Tampa, FL 33622** | **Checking account #7502** | **Account had a -900.00 balance and the institution closed the account**<br>**Closed - 10/2007** |

---

None
☑

## 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

## 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

## 14. Property held for another person

List all property owned by another person that the debtor holds or controls.

---

None
☑

## 15. Prior address of debtor

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

None
☐

## 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**NAME**

**Rodrigo Armand**

B7 (Official Form 7) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

In re:   **Gloria Armand**                                    Case No.   **08-60737** _____
                                                                       (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
☑  a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None
☑  b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None
☑  c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

### 18. Nature, location and name of business

None
☐  a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **G A Property Management**<br>**814 Cedar Ridge St.**<br>**Harker Heights, TX 76548**<br><br>**SS#xxx-xx-6469** | **Real Estate**<br><br>**Name used for Creek, Antelope, Bonnie and Hidden Valley** | **1998 - present** |

B7 (Official Form 7) (12/07) - Cont.

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### WACO DIVISION

In re:   **Gloria Armand**                                      Case No.   **08-60737** _____

                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

**LA'Mansion Realty**                    **Real Estate**                    **5/5/2008 - still active**
**814 Cedar Ridge St.**
**Harker Heights, TX 76548**

**SS# xxx-xx-6469**

---

None
☑     b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

## 19. Books, records and financial statements

None
☐     a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

**NAME AND ADDRESS**                          **DATES SERVICES RENDERED**
**Miguel Reyna, CPA**                         **January 2007 - present**
**4835 Lyndon B Johnson Fwy, #280**
**Dallas, TX 75244**

---

None
☑     b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
☐     c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

**NAME**                                      **ADDRESS**
**Miguel Reyna, CPA**                         **4835 Lyndon B Johnson Fwy, #280**
                                              **Dallas, TX 75244**

**Gloria Armand**                             **814 Cedar Ridge St.**
                                              **Harker Heights, TX 76548**

---

None
☑     d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

## 20. Inventories

None
☑     a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
☑     b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

In re:  **Gloria Armand**                                    Case No.  **08-60737**  _____
                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

**21. Current Partners, Officers, Directors and Shareholders**

None
☑   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
☑   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

**22. Former partners, officers, directors and shareholders**

None
☑   a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None
☑   b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None
☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None
☑   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

**25. Pension Funds**

None
☑   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

In re:  **Gloria Armand**                           Case No.  **08-60737** _____
                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 7*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  08/15/2008 _____            Signature ____ **/s/ Gloria Armand** _____
                                                    of Debtor    *Gloria Armand*

Date _____               Signature _____
                                                    of Joint Debtor
                                                    (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

IN RE:  **Gloria Armand**

CASE NO  **08-60737**

CHAPTER  **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept: | **$3,000.00** |
| Prior to the filing of this statement I have received: | **$0.00** |
| Balance Due: | **$3,000.00** |

2. The source of the compensation paid to me was:
   - ☒ Debtor     ☐ Other (specify)

3. The source of compensation to be paid to me is:
   - ☒ Debtor     ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **08/15/2008** | **/s/ Phillip F. Arrien** |
| *Date* | *Phillip F. Arrien*     Bar No.  01357500 |
| | Joseph D. Olson, P.C. |
| | P.O. Box 7024 |
| | Waco, TX 76714 |
| | Phone: (254) 754-0909 / Fax: (254) 754-0966 |

---

**/s/ Gloria Armand**

*Gloria Armand*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: **Gloria Armand**

CASE NO   **08-60737**

CHAPTER   **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| N/A | Real Property. | $552,750.00 | $332,519.12 | $220,230.88 | $74,262.26 | $145,968.62 |
| 1. | Cash on hand. | $10.00 | $0.00 | $10.00 | $0.00 | $10.00 |
| 2. | Checking, savings or other financial accounts, CD's or shares in banks... | $100.00 | $0.00 | $100.00 | $0.00 | $100.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, others. | $213.75 | $0.00 | $213.75 | $0.00 | $213.75 |
| 4. | Household goods and furnishings, including audio, video... | $3,410.00 | $0.00 | $3,410.00 | $3,410.00 | $0.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, records.... | $375.00 | $0.00 | $375.00 | $375.00 | $0.00 |
| 6. | Wearing apparel. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7. | Furs and jewelry. | $271.00 | $0.00 | $271.00 | $0.00 | $271.00 |
| 8. | Firearms and sports, photographic and other hobby equipment. | $36.00 | $0.00 | $36.00 | $0.00 | $36.00 |
| 9. | Interests in insurance policies. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Annuities. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Education IRAs. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12. | Interests in IRA, ERISA, Keogh... | $859.76 | $0.00 | $859.76 | $0.00 | $859.76 |
| 13. | Stock and interests in incorporated... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Interests in partnerships.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15. | Government and corporate bonds... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Accounts receivable. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Alimony, maintenance, support, and property settlement to which the..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18. | Other liquidated debts owed debtor... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Equitable or future interests, life estates, and rights or powers..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Contingent and noncontingent interests in estate of decedent, death benefit.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Other contingent and unliquidated claims of every nature..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Copyright 1996-2008, LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300 -- All rights reserved.*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE:  **Gloria Armand**

CASE NO  **08-60737**

CHAPTER  **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

### Exemption Totals by Category:

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 22. | Patents, copyrights, and other intellectual property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Licenses, franchises, and other.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Customer Lists. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Automobiles, trucks, trailers, vehicles... | $8,300.00 | $16,571.89 | $300.00 | $300.00 | $0.00 |
| 26. | Boats, motors and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Aircraft and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Office equipment, furnishings... | $170.00 | $0.00 | $170.00 | $170.00 | $0.00 |
| 29. | Machinery, fixtures used in business. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Inventory. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Animals. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Crops - growing or harvested. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Farming equipment and implements. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Farm supplies, chemicals, and feed. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other personal property of any kind. | $881.54 | $0.00 | $881.54 | $0.00 | $881.54 |
| | **TOTALS:** | **$567,377.05** | **$349,091.01** | **$226,857.93** | **$78,517.26** | **$148,340.67** |

### Surrendered Property:

The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | $0.00 | $0.00 | $0.00 |

### Non-Exempt Property by Item:

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| 1202 Bonnie Dr., Killeen, Bell County, Texas | $64,581.00 | $32,234.94 | $32,346.06 | $32,346.06 |

*Copyright 1996-2008, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE:  **Gloria Armand**

CASE NO  **08-60737**

CHAPTER  **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

| | | | |
|---|---|---|---|
| 2506 Creek Dr., Harker Heights, Bell County, Texas | $146,140.00 | $115,412.11 | $30,727.89 | $30,727.89 |
| 1609 Antelope Trail, Harker Heights, Bell County, Texas | $91,374.00 | $55,106.61 | $36,267.39 | $36,267.39 |
| 2614 Hidden Valley, Killeen, Bell County, Texas | $68,676.00 | $24,498.72 | $44,177.28 | $44,177.28 |
| 512 Bremser Ave., Killeen, Bell County, Texas | $2,450.00 | | $2,450.00 | $2,450.00 |
| **Personal Property** | | | | |
| Cash | $10.00 | | $10.00 | $10.00 |
| First State Bank of Central Texas Acct. #1151008979 | $100.00 | | $100.00 | $100.00 |
| Freedom Power - Electric | $213.75 | | $213.75 | $213.75 |
| Fox fur | $50.00 | | $50.00 | $50.00 |
| Watch | $1.00 | | $1.00 | $1.00 |
| Three rings | $150.00 | | $150.00 | $150.00 |
| Two necklaces | $50.00 | | $50.00 | $50.00 |
| Earrings | $10.00 | | $10.00 | $10.00 |
| Costume Jewelry | $10.00 | | $10.00 | $10.00 |
| Treadmill | $25.00 | | $25.00 | $25.00 |
| Exercise bike | $10.00 | | $10.00 | $10.00 |
| Basketball goal | $1.00 | | $1.00 | $1.00 |
| USAA Federal Savings Bank Customer Roth IRA | $181.79 | | $181.79 | $181.79 |
| Franklin Templeton Investments | $677.97 | | $677.97 | $677.97 |
| Franklin Templeton Investments | $881.54 | | $881.54 | $881.54 |
| **TOTALS:** | **$375,593.05** | **$227,252.38** | **$148,340.67** | **$148,340.67** |

*Copyright 1996-2008, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE:  **Gloria Armand**

CASE NO   **08-60737**

CHAPTER   **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 3*

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | $567,377.05 |
| B. Gross Property Value of Surrendered Property | $0.00 |
| C. Total Gross Property Value (A+B) | $567,377.05 |
| D. Gross Amount of Encumbrances (not including surrendered property) | $349,091.01 |
| E. Gross Amount of Encumbrances on Surrendered Property | $0.00 |
| F. Total Gross Encumbrances (D+E) | $349,091.01 |
| G. Total Equity (not including surrendered property)  /  (A-D) | $226,857.93 |
| H. Total Equity in surrendered items  (B-E) | $0.00 |
| I.  Total Equity  (C-F) | $226,857.93 |
| J.  Total Exemptions Claimed | $78,517.26 |
| K.  Total Non-Exempt Property Remaining  (G-J) | $148,340.67 |

*Copyright 1996-2008, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

B6 Summary (Official Form 6 - Summary) (12/07)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

In re  **Gloria Armand**

Case No.    **08-60737**

Chapter    **13**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $552,750.00 | | |
| B - Personal Property | Yes | 8 | $14,627.05 | | |
| C - Property Claimed as Exempt | Yes | 6 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | $432,018.87 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | $23,819.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $91,974.45 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $6,885.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $5,707.00 |
| TOTAL | | 39 | $567,377.05 | $547,812.32 | |

Form 6 - Statistical Summary (12/07)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

In re  **Gloria Armand**

Case No.   **08-60737**

Chapter    **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $16,087.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | **$16,087.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **$6,885.00** |
| Average Expenses (from Schedule J, Line 18) | **$5,707.00** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | **$850.03** |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $8,571.89 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $23,819.00 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4.  Total from Schedule F | | $91,974.45 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $100,546.34 |