

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 18, 2008**

_____
**FRANK R. MONROE
UNITED STATES BANKRUPTCY JUDGE**

_____

```
              IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE WESTERN DISTRICT OF TEXAS
                         WACO DIVISION
```

| IN RE: | CASE NO: |
|---|---|
| GLORIA ARMAND | 08-60737-FRM |
| DEBTOR(S) | CHAPTER 13 |

### ORDER FOR SUMMARY DISMISSAL

By his submission of this Order, the Trustee hereby certifies that pursuant to the Joint Standing Order Relating to Chapter 13 Case Administration in the Waco Division, this case should be summarily dismissed because the Debtor(s) failed to:

_____ 1. failure of the debtor to timely pay the filing fee;

\_\_X\_\_ 2. failure of the debtor to timely file a plan or use the applicable Plan Form

\_\_X\_\_ 3. failure of the debtor to timely file Schedules;

\_\_\_\_\_ 4. unexcused failure of the debtor to appear at the scheduled Meeting of Creditors (Sectio

\_\_\_\_\_ 5. delinquency of the Debtor of sixty (60) days or more days on payments under a proposed

\_\_X\_\_ 6. failure of the debtor to comply with the provisions of a prior order which provides fo

\_\_\_\_\_ 7. failure of the debtor to submit tax returns pursuant to 11 U.S.C. § 521(e)(2); or

\_\_\_\_\_ 8. failure of the debtor to submit payment advices pursuant to § 521(a)(1)(B)(iv).

IT IS, THEREFORE, ORDERED that the above-styled and numbered Chapter 13 case shall be and hereby is, DISMISSED, pursuant to 11 U.S.C. § 1307.

fg627/bmf                                                ###
rev 10/23/07
Order submitted by G. Ray Hendren, Chapter 13 Trustee